# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>GENARO GASTELUM-AMARAL,<br><br>  Defendant. | No. 21-CR-01342-JLS<br><br>**ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |

Upon the joint motion of UNITED STATES OF AMERICA and GENARO GASTELUM, and FERNANDA EZQUERRO, and good cause appearing,

IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting hearing presently set for June 18, 2021 at 1:30 p.m. be continued to July 20th, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 26, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge