# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 21-CR-01342-JLS |
| ) | |
| Plaintiffs, ) | **ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |
| ) | |
| vs. ) | |
| ) | |
| GENARO GASTELUM-AMARAL, ) | |
| ) | |
| Defendant. ) | |

Upon joint motion and good cause appearing;

IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting presently set for August 20, 2021 at 1:30 p.m. be continued to October 1, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Thus, the Court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: August 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge