# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | No. 21-CR-01342-JLS |
| Plaintiffs,   ) | **ORDER CONTINUING MOTION HEARING AND TRIAL SETTING** |
| vs.   ) | |
| GENARO GASTELUM-AMARAL,   ) | |
| Defendant.   ) | |

Upon the joint motion of UNITED STATES OF AMERICA and GENARO GASTELUM, and FERNANDA EZQUERRO, and good cause appearing;

IT IS HEREBY ORDERED that the Motion Hearing and Trial Setting hearing presently set for October 1st, 2021 at 1:30 p.m. be continued to October 29th, 2021 at 1:30 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED.

Dated:  September 29, 2021

Hon. Janis L. Sammartino
United States District Judge